```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

TERESA YOUNG,                    )
a/k/a DONELLA D.                 )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   No. 22-cv-2169-JTF-tmp
                                 )
MAGISTRATE JUDGE                 )
ANNIE T. CHRISTOFF, and          )
DISTRICT JUDGE THOMAS L. PARKER,)
                                 )
    Defendants.                  )
_____

## REPORT AND RECOMMENDATION
_____

On March 16, 2022, plaintiff Teresa Young, a resident of Hackensack, New Jersey, filed a *pro se* civil complaint. (ECF No. 1.) However, Young neglected to pay the $402.00 civil filing fee or submit a properly completed application to proceed in forma pauperis. On March 22, 2022, the undersigned entered an order directing Young to file a properly completed *in forma pauperis* affidavit or pay the $402.00 civil filing fee within 30 days. (ECF No. 5.) The order notified Young that failure to comply in a timely manner would result in dismissal of the action without further notice pursuant to the Local Rules and Federal Rules of Civil Procedure. (Id.) The Clerk's office mailed this order and an *in forma pauperis* application to Young's New Jersey address, as well as a P.O. Box in Frederick, Maryland associated with her name. As

of May 10, 2022, Young has not complied with the court's order. Accordingly, it is recommended that the complaint be dismissed without prejudice. The Clerk's office is directed to mail this Report and Recommendation to Young at the following addresses: P.O. Box 1156, Hackensack, NJ 07602 and P.O. Box 1450, Frederick, MD 21702.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

May 10, 2022
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**